<u>10:00 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>TUESDAY, NOVEMBER 15, 2022</u>

<u>Coram:</u> AMBRO, KRAUSE and BIBAS, Circuit Judges

<u>Nos. 21-3167/21-3168/21-3379/22-1676/21-3380</u>

SANOFI AVENTIS US LLC,
Appellant in 21-3167
v.
UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES; et al.

___

NOVO NORDISK INC;
NOVO NORDISK PHARMA INC,
Appellants in 21-3168
v.
UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES; et al.

___

SANOFI AVENTIS U.S., LLC
v.
UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES; et al.,
Appellant in 21-3379

___

ASTRAZENECA PHARMACEUTICALS LP
v.
SECRETARY UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES; et al.,
Appellants in 22-1676

___

NOVO NORDISK INC; NOVO NORDISK PHARMA, INC.
v.
UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES; et al.,
Appellants in 21-3380

Continued…

PAGE TWO – CONTINUED  TUESDAY, NOVEMBER 15, 2022

Coram: AMBRO, KRAUSE and BIBAS, Circuit Judges

Nos. 21-3167/21-3168/21-3379/22-1676/21-3380 (Continued)

| Counsel for Appellants | Counsel for Appellee |
|---|---|
| NOEL J. FRANCISCO<br>[Sanofi-Aventis U.S., LLC]<br>(20 minutes per Court) | DANIEL J. AGUILAR |
| ASHLEY C. PARRISH<br>[Novo Nordisk, Inc./Novo Nordisk Pharmaceuticals, Inc.]<br>(20 minutes per Court) | |
| ALLON KEDEM<br>[AstraZeneca Pharmaceuticals, LP]<br>(20 minutes per Court) | |
| (60 minutes Total Court Time) | (60 minutes per Court) |

_____

S U B M I T T E D

No. 22-1084
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
CHRISTOPHER HURD,
Appellant